FILED 24 OCT 4 13:12 USDC·ORM

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:24-cr-_00378·MC_ |
| v. | INDICTMENT |
| TRENNON RAY SMITH, | 18 U.S.C. § 1855 |
| Defendant. | |

### THE GRAND JURY CHARGES:

<u>COUNT 1</u>
**Timber Set Afire**
**(18 U.S.C. § 1855)**

On or about July 25, 2022, in the District of Oregon, defendant **TRENNON RAY SMITH**, did willfully and without authority and the consent of the United States, set on fire timber, underbrush, grass, and other inflammable material upon land belonging to the United States and under the concurrent jurisdiction of the United States, to wit: land which is administered by the Bureau of Land Management by starting a fire that burned approximately .01 acres;

\ \ \

\ \ \

\ \ \

Indictment                                                                                          Page 1

In violation of Title 18, United States Code, Section 1855.

Dated: October 4, 2024

Presented by:

NATALIE K. WIGHT
United States Attorney

JOHN C. BRASSELL, WASB #51639
Assistant United States Attorney